

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00055-CV

**IN RE** Comfort **ROBERTS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:        Sandee Bryan Marion, Justice
                  Patricia O. Alvarez, Justice
                  Luz Elena D. Chapa, Justice

Delivered and Filed:  February 5, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

On January 22, 2014, relator Comfort Roberts filed a petition for writ of mandamus followed by an emergency motion for temporary stay the following day. In his petition, Roberts seeks relief from the trial court's October 2013 order of contempt. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the emergency motion for temporary stay are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2013CI12260, styled *Lloyd Douglas Enterprises, Inc. d/b/a River City Care Center and Steve Robinson v. Comfort Roberts, Joe A. Fuentes, Cynthia Huggins and Ida Jackson*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Janet Littlejohn presiding.